UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-5953-MWF(MARx)**                 Date:  November 30, 2023

Title        **Bryce James Pitkin v. David M. Singer, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 10, 2023, the Court filed an Order to Show Cause ("OSC") re dismissal for lack of prosecution.  (Docket No. 10).  In response to the OSC, Plaintiff filed a Proof of Service ("POS") on October 11, 2023.  (Docket No. 11).  The POS reflects service on September 5, 2023, with a response to the Complaint due November 6, 2023.  The Court then discharged the OSC.

The Court again **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 11, 2023**.

- ■ By Defendant:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

  OR

- ■ By Plaintiff:  Application to the Clerk to Enter Default as to any Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-5953-MWF(MARx)**                          Date:  November 30, 2023

Title        **Bryce James Pitkin v. David M. Singer, et al.**

respond to the Order to Show Cause by **December 11, 2023** will result in the dismissal of this action.

The Court will not continue to issue orders to show cause to remind Plaintiff to prosecute this action.

IT IS SO ORDERED.